USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :

WCA HOLDINGS III, LLC,                         :

                                         :

                      Plaintiff,      :        1:20-cv-07472-GHW

                                         :

            -against-               :           ORDER

                                         :

PANASONIC AVIONICS CORPORATION,   :

                                       :

                      Defendant.     :

                                       :

-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On November 16, 2020, Defendant filed a motion to dismiss.  Dkt. No. 18.  On December 3, 2020, Plaintiff amended its complaint.  Dkt. No. 27.  Therefore, Defendant's November 16, 2020 motion to dismiss is denied as moot.

On December 15, 2020, Plaintiff filed a motion to dismiss the Amended Complaint.  Dkt. No. 28.  However, Defendant did not comply with Rule 2(C) of the Court's Individual Rules of Practice in Civil Cases, which requires a pre-motion letter to be submitted in advance of any motion to dismiss.  Therefore, Defendant's motion to dismiss the Amended Complaint is denied without prejudice.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 18 and 28.

SO ORDERED.

Dated:  December 16, 2020

                                    _____
                                       GREGORY H. WOODS
                                     United States District Judge