UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
WCA HOLDINGS III, LLC, :
:
               Plaintiff, : Case No. 1:20-cv-7472 (GHW)
:
     -against- :
: **[PROPOSED] REVISED CIVIL CASE**
PANASONIC AVIONICS CORPORATION, : **DISCOVERY PLAN AND**
: <u>**SCHEDULING ORDER**</u>
               Defendant. :
:
------------------------------------------------------------ X

      This Revised Civil Case Discovery Plan and Scheduling Order is adopted, pursuant to Fed. R. Civ. P. 16 and 26(f), upon Plaintiff WCA Holdings III, LLC ("WCA") and Defendant Panasonic Avionics Corporation's ("Panasonic") joint request for an extension of the discovery deadlines set forth in the Court's November 23, 2020 Civil Case Management Plan and Scheduling Order ("Scheduling Order," Dkt. No. 22), and good cause for such extension having been shown, the Scheduling Order is hereby amended as follows:

1. All fact discovery shall be completed no later than September 16, 2021.

1. Any further interrogatories, including expert interrogatories, shall be served no later than August 17. 2021.

2. Non-expert depositions, pursuant to Fed. R. Civ. P. 30, 31, shall be completed by September 16, 2021.

3. Requests to admit pursuant to Fed. R. Civ. P. 36, if any, shall be served no later than August 17, 2021.

4. All expert discovery, included expert depositions, shall be completed no later than November 2, 2021.

5. Expert reports shall be served no later than September 16, 2021.

6. Rebuttal expert reports shall be served no later than September 30, 2021.

7. Motions for summary judgment, if any, shall be filed no later than December 2, 2021.

8. The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) within thirty (30) days of entry of the Court's order regarding Panasonic's motion to dismiss the Amended Complaint.

9. The next case management conference is scheduled for November 16, 2021, at 11:00 A.M.

10. This Revised Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court.

Dated: New York, New York
   March 2, 2021

| K&L GATES LLP | LOEB & LOEB LLP |
|---|---|
| By: /s/ *Christopher M. Wyant* | By: /s/ *Wanda D. French-Brown* |
| Christopher M. Wyant | Wanda D. French-Brown |
| Justin H. Roeber | Mary Jean Kim |
| 925 Fourth Avenue, Suite 2900 | 345 Park Avenue |
| Seattle, WA 98104 | New York, New York 10154 |
| Telephone: (206)-370-7893 | Telephone: (212) 407-4000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *WCA Holdings III, LLC* | *Panasonic Avionics Corporation* |

SO ORDERED.

Dated: New York, New York
   March __, 2021

_____
    Hon. Gregory H. Woods, U.S.D.J.