

**WANDA FRENCH-BROWN**
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4105
Main 212.407.4000
Fax 212.407.4990
wfrenchbrown@loeb.com

Via ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2021
```

March 2, 2021

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12C
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re:  **WCA Holdings III, LLC v. Panasonic Avionics Corporation, No. 20-cv-7472**

Dear Judge Woods:

We write in regards to the above referenced action. Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, Defendant Panasonic Avionics Corporation ("Panasonic") and Plaintiff WCA Holdings III, LLC ("WCA") (collectively, the "Parties"), respectfully request that the Court enter the [Proposed] Revised Civil Case Discovery Plan and Scheduling Order (ECF Dkt. No. ("Dkt.") 43), filed March 2, 2021 ("3/2/21 Proposed Order"). We respond to each of the requirements of Rule 1(F) as follows:

 (1) *The reason for the request that the Court enter the proposed order or stipulation*

The Parties' initial disclosures have collectively identified at least fourteen (14) witnesses, including two third-party witnesses, that will need to be deposed *before* the current fact discovery deadline of May 19, 2021. Based on the discovery conducted to date (including exchanging written discovery, and producing relevant documents and information), the Parties are in agreement that the fact discovery deadlines are not feasible, and that a four-month extension of all deadlines is reasonable under the circumstances. The 3/2/21 Proposed Order reflects the Parties' agreement.

Furthermore, as previously indicated during the November 19, 2020 initial conference, the Parties are engaged in ongoing meaningful settlement conferences. The Parties are hopeful that the case may be resolved and intend to engage in additional settlement discussions as the case proceeds through discovery. Thus the 3/2/21 Proposed Order also reflects the parties' desire to expeditiously resolve this case while providing adequate time to conduct necessary discovery.

 (2) *The position of each of the parties with respect to the proposed order or stipulation*

The Parties agree to all terms of the 3/2/21 Proposed Order.

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



Hon. Gregory H. Woods
March 2, 2021
Page 2

(3) *The basis for the Court's legal authority to enter the proposed order or stipulation*

This Court possesses "the inherent power to manage its own affairs so as to achieve the orderly and expeditious disposition of cases." *Lewis v. Rawson*, 564 F.3d 569, 575 (2d Cir. 2009) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)).

(4) *Any other information that the parties believe would provide context for the Court's evaluation of the request*

The Parties believe that the 3/2/21 Proposed Order strikes a reasonable and appropriate balance between the Parties' desire to expeditiously manage this case while allowing adequate time to support continued meaningful settlement discussions.

We appreciate the Court's time and attention to this matter.

Respectfully Submitted,

/s/ *Wanda French-Brown*

Wanda French-Brown
Counsel for Defendant Panasonic Avionics Corporation

/s/  *Christopher M. Wyant*

Christopher M. Wyant
Counsel for Plaintiff WCA Holdings III, LLC

Application granted.  The deadline for the completion of fact discovery is extended to September 16, 2021.  The deadline for the service of interrogatories is extended to August 17, 2021.  The deadline for the completion of non-expert depositions is extended to September 16, 2021.   The deadline for the completion of all expert discovery is extended to November 2, 2021.  Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by September 16, 2021.  Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by September 30, 2021.  The deadline for submission of motions for summary judgment, if any, is extended to December 2, 2021.  The status conference scheduled for July 19, 2021 is adjourned to November 16, 2021 at 11:00 a.m.  The joint status letter requested in the case management plan and scheduling order entered on November 23, 2020, Dkt. No. 22, is due no later than November 9, 2021.  Except as expressly modified by this order, the case management plan entered by the Court on November 23, 2020, Dkt. No. 22, remains in full force and effect.

SO ORDERED.

Dated:  May 18, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge