

**WANDA FRENCH-BROWN**
Partner

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4105
**Main** 212.407.4000
**Fax** 212.407.4990
wfrenchbrown@loeb.com

Via ECF

August 20, 2021

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12C
New York, NY 10007-1312

Re:   **WCA Holdings III, LLC v. Panasonic Avionics Corporation, No. 20-cv-7472**

Dear Judge Woods:

We write in regards to the above referenced action. Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, Defendant Panasonic Avionics Corporation ("Panasonic") and Plaintiff WCA Holdings III, LLC ("WCA") (collectively, the "Parties"), respectfully request that the Court enter the [Proposed] Revised Civil Case Discovery Plan and Scheduling Order (ECF Dkt. No. ("Dkt.") 47), filed August 20, 2021 ("8/20/21 Proposed Order"). We respond to each of the requirements of Rule 1(F) as follows:

   *(1)   The reason for the request that the Court enter the proposed order or stipulation*

In July 2021, the Parties conducted their third-party witness depositions; however, collectively, at least *eleven* (11) more witnesses need to be deposed *before* the current fact discovery deadline of September 16, 2021. Although the scope of discovery may change following the Court's ruling on the pending motion to dismiss the amended complaint (*see* Dkts. 34-40), based on the discovery conducted to date, the Parties are in agreement that the fact discovery deadlines are not feasible, and that, at least, a three-month extension of all deadlines is reasonable under the circumstances. This extension also includes additional time towards the end of December to account for the 2020/2021 Holiday season. The 8/20/21 Proposed Order reflects the Parties' agreement.

Furthermore, the Parties are engaged in ongoing discovery meet and confers concerning, among other things, additional document collections and productions, and setting dates for depositions based on the availability of witnesses. Additionally, as previously indicated during the November 19, 2020 initial conference, as well as the Parties' prior request to amend the Scheduling Order, the Parties are engaged in ongoing meaningful settlement discussions. Thus the 8/20/21 Proposed Order also reflects the parties' desire to expeditiously resolve this case while providing adequate time to conduct necessary discovery.

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



 (2) *The position of each of the parties with respect to the proposed order or stipulation*

The Parties agree to all terms of the 8/20/21 Proposed Order.

 (3) *The basis for the Court's legal authority to enter the proposed order or stipulation*

This Court possesses "the inherent power to manage its own affairs so as to achieve the 20orderly and expeditious disposition of cases." *Lewis v. Rawson,* 564 F.3d 569, 575 (2d Cir. 2009) (citing *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962)).

 (4) *Any other information that the parties believe would provide context for the Court's evaluation of the request*

The Parties believe that the 8/20/21 Proposed Order strikes a reasonable and appropriate balance between the Parties' desire to expeditiously manage this case while allowing adequate time to support continued meaningful settleme8nt discussions.

We appreciate the Court's time and attention to this matter.


Respectfully Submitted,

/s/ *Wanda French-Brown*

Wanda French-Brown
Counsel for Defendant Panasonic Avionics Corporation


/s/ *Christopher M. Wyant*

Christopher M. Wyant
Counsel for Plaintiff WCA Holdings III, LLC

21128042