USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WCA HOLDINGS III, LLC

                            Plaintiff,

-against-

PANASONIC AVIONICS CORPORATION,

                            Defendant.

Case No. 1:20-cv-7472 (GHW)

Hon. Gregory H. Woods

**ORDER STAYING DISCOVERY**

---

Upon the joint application of plaintiff WCA Holdings III, LLC ("WCA") and defendant Panasonic Avionics Corporation ("Panasonic"), and the Court having found good cause exists for the relief requested therein;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. All discovery in the above-captioned action is stayed pending resolution of Panasonic's motion to dismiss the amended complaint of WCA;

2. Following adjudication of the motion to dismiss, the stay will remain in place for an additional sixty (60) days to facilitate the parties' continued settlement discussions to resolve this case.

Dated: New York, New York
        January 8, 2022

                                                                   _____
                                                                    Hon. Gregory H. Woods, U.S.D.J.

21679725