```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
WCA HOLDINGS III, LLC,                                            :
                                                                  :
                              Plaintiff,                          :        1:20-cv-7472-GHW
                                                                  :
               -v-                                                :            ORDER
                                                                  :
PANASONIC AVIONICS CORPORATION,                                   :
                                                                  :
                              Defendant.                          :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2024

GREGORY H. WOODS, United States District Judge:

On October 7, 2024, Plaintiff filed two letters requesting a pre-motion conference to discuss the parties' discovery disputes. Dkt. Nos. 167, 168. In the first letter, Plaintiff seeks to compel the production of certain documents on Defendant's privilege log that Plaintiff disputes are privileged. Dkt. No. 167. In the second letter, Plaintiff seeks to compel the production of certain documents identified during the deposition of Defendant's Rule 30(b)(6) witness. Dkt. No. 168.

The Court defers ruling on Plaintiffs' two requests until the parties have had an opportunity to meet and confer. Defendant represents that Plaintiff has failed to meet and confer in good faith regarding Plaintiff's second category of requested documents. *See id.* at 2.

Accordingly, the parties are directed to meet and confer in good faith regarding Plaintiff's requests for production. The parties are directed to submit a joint letter following their meet and confer, no later than October 17, 2024, updating the Court as to whether Plaintiff remains interested in pursuing the discovery motions described in its October 7 letters and, if so, whether the scope of the requests remain the same.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 167, 168.

SO ORDERED.

Dated: October 10, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge