# EXHIBIT P

*WCA Holdings III, LLC v. Panasonic Avionics Corp.*
20-CV-7472 (GHW)
**Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)**

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CD0000041 | | | | | | | Document reflecting in-house counsels' legal analysis regarding terms of GTA. | Attorney Client;Work Product |
| 2 | CD_E0001265 | | | 7/27/2020 17:09 | Richard Kennedy | Deborah Hollo, Esq. | | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 6 | CD0001214 | | | 5/27/2010 21:36 | Doug Martin, Esq. | Brian Kirby; Greg Montevideo | Bill Peltola; David Bruner | E-mail rendering legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 7 | CD0001216 | | | 5/27/2010 21:36 | | | | Attorney draft provided in connection with request for legal advice or analysis. | Attorney Client;Work Product |
| 8 | CD0001245 | | | 5/27/2010 21:38 | Doug Martin, Esq. | Brian Kirby; Greg Montevideo | Bill Peltola; David Bruner | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 9 | CD0001277 | | | 5/28/2010 0:17 | Brian Kirby | Doug Martin, Esq.; Greg Montevideo | Bill Peltola; David Bruner | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client |
| 10 | CD0001325 | | | 6/8/2010 0:32 | Brian Kirby | David Bruner; Bill Peltola; Doug Martin, Esq.; Greg Montevideo; Richard Kennedy | | E-mail requesting legal advice or analysis regarding draft GTA. | Attorney Client |
| 11 | CD0001326 | | | 6/8/2010 0:32 | | | | Document reflecting in-house counsels' legal analysis regarding terms of draft GTA. | Attorney Client;Work Product |
| 12 | CD0001377 | | | 6/8/2010 18:20 | Bill Peltola | Brian Kirby; David Bruner; Doug Martin, Esq.; Greg Montevideo; Richard Kennedy | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client |
| 13 | CD0003637 | | | 10/18/2010 14:41 | Doug Martin, Esq. | Brian Bardwell; David Bruner; Brian Kirby | | E-mail requesting or rendering legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 14 | VOL001 | PAC0000068 | PAC0000069 | 6/8/2010 13:34 | Brian Kirby | Richard Kennedy | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 15 | VOL001 | PAC0000070 | PAC0000071 | 6/8/2010 13:44 | Richard Kennedy | Brian Kirby | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 16 | VOL001 | PAC0000072 | PAC0000073 | 6/8/2010 14:07 | Brian Kirby | David Bruner; Greg Montevideo; Bill Peltola | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 17 | VOL001 | PAC0000074 | PAC0000075 | 6/8/2010 14:20 | David Bruner | Brian Kirby; Greg Montevideo; Bill Peltola | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 18 | VOL001 | PAC0000076 | PAC0000077 | 6/8/2010 14:43 | Brian Kirby | Richard Kennedy | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 19 | VOL001 | PAC0000078 | PAC0000079 | 6/8/2010 14:55 | Richard Kennedy | Brian Kirby | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 20 | VOL001 | PAC0000080 | PAC0000081 | 6/8/2010 15:08 | Bill Peltola | David Bruner; Brian Kirby; Greg Montevideo | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 21 | VOL001 | PAC0000082 | PAC0000083 | 6/8/2010 16:50 | Greg Montevideo | Brian Kirby; David Bruner; Bill Peltola | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client;Work Product |
| 23 | VOL003;VOL003_REPROD_I-I_2024-06-13 | PAC0014648 | PAC0014658 | 10/1/2018 12:41 | Jeff Frey | Jim Makiuchi | Marshal Perlman; Warren Gair; Rob Senk | E-mail requesting legal advice or analysis regarding WCA and GTA. | Attorney Client;Work Product |
| 24 | VOL004 | PAC0022506 | PAC0022508 | 5/1/2018 14:05 | Matthew Thullen, Esq. | Rob Senk | Marshal Perlman; John Moore; Warren Gair; Jeff Frey; Todd Hill | E-mail rendering legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 25 | VOL006 | PAC0033942 | PAC0033956 | 1/9/2017 1:16 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 26 | VOL006 | PAC0033959 | PAC0033973 | 1/16/2017 19:13 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 27 | VOL006 | PAC0033977 | PAC0033992 | 1/22/2017 20:13 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 28 | VOL006 | PAC0033996 | PAC0034010 | 1/29/2017 21:02 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 29 | VOL006 | PAC0034015 | PAC0034031 | 4/24/2017 12:52 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 30 | VOL006 | PAC0034037 | PAC0034053 | 5/8/2017 12:15 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 31 | VOL006 | PAC0034059 | PAC0034075 | 5/15/2017 11:10 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 32 | VOL006 | PAC0034081 | PAC0034097 | 5/22/2017 8:19 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 33 | VOL006 | PAC0034395 | PAC0034414 | 2/1/2018 20:13 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 34 | VOL006 | PAC0034424 | PAC0034443 | 2/6/2018 20:04 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 35 | VOL006 | PAC0034449 | PAC0034469 | 2/21/2018 14:44 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 36 | VOL006 | PAC0034475 | PAC0034493 | 3/16/2018 19:09 | | | | Document containing non-relevant privileged information. | Attorney Client |
| 37 | VOL006 | PAC0034770 | PAC0034771 | 5/9/2018 20:44 | Ricky Jennings | Sam Chang; Warren Gair; Igor Zaytsev; Matt Waldman; Jeff Frey; Jack Chao | Ricky Jennings | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 38 | VOL006 | PAC0035130 | PAC0035131 | 1/9/2020 11:27 | Frank Noriega | Marshal Perlman | Warren Gair; John Moore; DL-TSE-VIP-Support | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 39 | VOL006 | PAC0035132 | PAC0035134 | 1/10/2020 16:02 | Marshal Perlman | Frank Noriega | Warren Gair; John Moore; DL-TSE-VIP-Support | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |

*WCA Holdings III, LLC v. Panasonic Avionics Corp.*
20-CV-7472 (GHW)
**Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)**

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 40 | VOL006 | PAC0035135 | PAC0035137 | 1/10/2020 16:07 | Frank Noriega | Marshal Perlman; Jay Vanian | Warren Gair; John Moore; DL-TSE-VIP-Support; Linda Nguyen | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 41 | VOL006 | PAC0035138 | PAC0035140 | 1/10/2020 16:08 | John Moore | Marshal Perlman; Frank Noriega | Warren Gair; DL-TSE-VIP-Support | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 42 | VOL006 | PAC0035141 | PAC0035145 | 1/10/2020 16:22 | Marshal Perlman | Frank Noriega; Jay Vanian | Warren Gair; John Moore; DL-TSE-VIP-Support; Linda Nguyen | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 43 | VOL006 | PAC0035146 | PAC0035150 | 1/10/2020 16:40 | John Moore | Marshal Perlman; Frank Noriega; Jay Vanian | Warren Gair; John Moore; DL-TSE-VIP-Support; Linda Nguyen | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 44 | VOL006 | PAC0035151 | PAC0035154 | 1/10/2020 16:49 | Jay Vanian | Frank Noriega; Marshal Perlman | Warren Gair; John Moore; DL-TSE-VIP-Support; Linda Nguyen | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 45 | VOL006 | PAC0035155 | PAC0035159 | 1/10/2020 16:56 | John Moore | Frank Noriega | Warren Gair; John Moore; DL-TSE-VIP-Support; Linda Nguyen | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 46 | VOL006 | PAC0035160 | PAC0035163 | 1/10/2020 17:10 | Frank Noriega | Marshal Perlman; John Moore | Warren Gair; DL-TSE-VIP-Support | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 47 | VOL006 | PAC0035164 | PAC0035168 | 1/10/2020 17:35 | John Moore | Frank Noriega | Warren Gair; DL-TSE-VIP-Support | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 48 | VOL006 | PAC0035169 | PAC0035172 | 1/12/2020 5:09 | Marshal Perlman | Frank Noriega; John Moore | Warren Gair; DL-TSE-VIP-Support | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 49 | VOL006 | PAC0035173 | PAC0035177 | 1/12/2020 13:52 | Frank Noriega | Marshal Perlman; John Moore | Warren Gair; DL-TSE-VIP-Support; Matthew Lowe | E-mail discussing or reflecting pending request for legal advice regarding potential resolution under GTA. | Attorney Client;Work Product |
| 50 | VOL006 | PAC0000064 | PAC0000065 | 6/8/2010 13:09 | Richard Kennedy | Brian Kirby | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client; Work Product |
| 51 | VOL007 | PAC0000066 | PAC0000067 | 6/8/2010 13:30 | Richard Kennedy | Brian Kirby | | E-mail discussing or reflecting legal advice or analysis regarding draft GTA. | Attorney Client; Work Product |
| 52 | | | | 10/18/2010 14:45 | Doug Martin, Esq. | Doug Martin, Esq.; Brian Bardwell; David Bruner; Brian Kirby | | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client; Work Product |
| 53 | | | | 10/18/2010 14:45 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 54 | | | | 10/18/2010 14:58 | Brian Bardwell | Doug Martin, Esq.; David Bruner; Brian Kirby; Greg Montevideo | | E-mail requesting or rendering legal advice or analysis regarding GTA. | Attorney Client |
| 55 | | | | 10/18/2010 15:01 | Doug Martin, Esq. | Brian Bardwell; David Bruner; Brian Kirby; Greg Montevideo | | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client; Work Product |
| 56 | | | | 10/18/2010 15:03 | Brian Bardwell | Doug Martin, Esq.; David Bruner; Brian Kirby; Greg Montevideo | | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 57 | | | | 10/18/2010 17:39 | David Bruner | Doug Martin, Esq.; Brian Bardwell; Brian Kirby | | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 58 | | | | 10/18/2010 18:23 | Doug Martin, Esq. | David Bruner; Brian Bardwell; Brian Kirby | | E-mail rendering legal advice about WCA and GTA. | Attorney Client;Work Product |
| 59 | | | | 10/18/2010 18:24 | Brian Bardwell | Doug Martin, Esq.; David Bruner; Brian Kirby | | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client |
| 60 | | | | 10/19/2010 10:04 | Brian Kirby | Doug Martin, Esq.; David Bruner; Brian Bardwell | | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 61 | | | | 10/19/2010 15:42 | David Bruner | Brian Kirby; Doug Martin, Esq.; Brian Bardwell | | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 62 | | | | 10/19/2010 15:50 | Brian Kirby | David Bruner; Doug Martin, Esq.; Brian Bardwell | | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 63 | | | | 5/15/2012 11:16 | Roger Erickson | Gilbert Dizon; Todd Hill | David Bruner | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |
| 64 | | | | 5/15/2012 11:20 | Gilbert Dizon | Roger Erickson; Todd Hill | David Bruner | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |
| 65 | | | | 5/23/2012 14:10 | Gilbert Dizon | Roger Erickson; Todd Hill | David Bruner | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |
| 66 | | | | 5/23/2012 18:01 | Roger Erickson | Gilbert Dizon; Todd Hill | David Bruner | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |
| 67 | | | | 5/23/2012 18:35 | David Bruner | Roger Erickson; Gilbert Dizon; Todd Hill | | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |
| 68 | | | | 5/25/2012 19:43 | Roger Erickson | David Bruner; Gilbert Dizon; Todd Hill | | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |

*WCA Holdings III, LLC v. Panasonic Avionics Corp.*
20-CV-7472 (GHW)
**Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)**

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 69 | | | | 5/23/2012 18:01 | Tom Eskola | Jeff Frey; Matthew Lowe; Ricky Jennings; Rob Senk; Kerry Farrish; Rhonda Goins | Warren Gair; Matt Waldman; Todd Hill; Ian Dawkins; Chris VandenBerg | E-mail discussing or reflecting in house counsels' legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 70 | | | | 5/23/2012 18:35 | Rob Senk | Jeff Frey | | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |
| 71 | | | | 5/1/2018 14:15 | Matthew Thullen, Esq. | Marshal Perlman | Rob Senk; John Moore; Warren Gair; Jeff Frey; Todd Hill | E-mail requesting or rendering legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 72 | | | | 5/1/2018 14:15 | | | | Document reflecting in-house counsels' legal analysis regarding terms of GTA. | Attorney Client;Work Product |
| 73 | | | | 5/26/2010 20:39 | Doug Martin, Esq. | Brian Kirby | David Bruner; Greg Montevideo | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 74 | | | | 5/26/2010 20:39 | | | | Attorney draft provided in connection with request for legal advice or analysis. | Attorney Client;Work Product |
| 75 | | | | 5/27/2010 10:26 | Brian Kirby | Bill Peltola; Greg Montevideo | David Bruner | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 76 | | | | 5/27/2010 10:26 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client;Work Product |
| 77 | | | | 5/27/2010 12:02 | Doug Martin, Esq. | Bill Peltola; Greg Montevideo; David Bruner; Brian Kirby | | E-mail requesting or rendering legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 78 | | | | 5/27/2010 12:02 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client;Work Product |
| 79 | | | | 5/27/2010 18:17 | Greg Montevideo | Doug Martin, Esq.; Brian Kirby | Bill Peltola; David Bruner | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 80 | | | | 5/27/2010 18:17 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client;Work Product |
| 81 | | | | 6/12/2018 22:25 | Marshal Perlman | Matthew Thullen, Esq.; Keith Matulich, Esq. | | E-mail requesting legal advice or analysis regarding GTA. | Attorney Client |
| 82 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 83 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 84 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 85 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 86 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 87 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 88 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 89 | | | | 6/12/2018 22:25 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client |
| 90 | | | | 6/19/2018 21:31 | Keith Matulich, Esq. | Marshal Perlman | Matthew Thullen, Esq. | E-mail rendering legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 91 | | | | 8/8/2018 18:51 | Marshal Perlman | Keith Matulich, Esq. | | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 92 | | | | 8/8/2018 18:51 | | | | Attachment to privileged email communication for legal analysis. | |
| 93 | | | | 8/8/2018 18:53 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client;Work Product |
| 108 | | | | 8/8/2018 19:32 | Keith Matulich, Esq. | Marshal Perlman | | E-mail rendering legal advice about WCA and GTA. | Attorney Client;Work Product |
| 109 | | | | 11/19/2019 4:16 | Marshal Perlman | Michael Fettig, Esq.; Dirk Lange | John Moore; Keith Matulich, Esq.; Todd Hill; Richard Kennedy; Mark Jouret | E-mail requesting or rendering legal analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 110 | | | | 11/19/2019 19:12 | Marshal Perlman | Michael Fettig, Esq.; Dirk Lange | John Moore; Keith Matulich, Esq. | E-mail discussing or reflecting legal advice or analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 111 | | | | 11/20/2019 14:32 | Marshal Perlman | Susan Venditto | | E-mail discussing or reflecting legal advice or analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 112 | | | | 12/4/2019 15:00 | Michael Fettig, Esq. | Marshal Perlman; Keith Matulich, Esq. | | E-mail rendering legal advice or analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 113 | | | | 12/6/2019 17:30 | Michael Fettig, Esq. | Marshal Perlman | | E-mail rendering legal advice or analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 114 | | | | 12/6/2019 17:30 | | | | Attorney draft provided in connection with request for legal advice or analysis. | Attorney Client;Work Product |

Case 1:20-cv-07472-GHW   Document 181-16   Filed 11/12/24   Page 5 of 9

*WCA Holdings III, LLC  v. Panasonic Avionics Corp.*
20-CV-7472 (GHW)
**Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)**

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 115 | | | | 12/6/2019 20:21 | Marshal Perlman | Michael Fettig, Esq. | | E-mail discussing or reflecting legal advice or analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 116 | | | | 1/7/2020 19:42 | Marshal Perlman | Michael Fettig, Esq.; Keith Matulich, Esq. | | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client;Work Product |
| 117 | | | | 8/10/2018 14:23 | Allison Thiermann | Marshal Perlman | Dominic Green; Ryogen Takahashi; Scott Braddock; Lynn Greene; John Moore | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client;Work Product |
| 118 | | | | 8/10/2018 14:23 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 119 | | | | 8/10/2018 15:01 | Marshal Perlman | Allison Thiermann | Dominic Green; Ryogen Takahashi; Scott Braddock; Lynn Greene; John Moore; Keith Matulich, Esq. | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client;Work Product |
| 120 | | | | 8/10/2018 15:01 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client |
| 121 | | | | 8/10/2018 16:59 | Marshal Perlman | Keith Matulich, Esq. | John Moore | E-mail providing documents and/or information at counsels' request regarding WCA and GTA. | Attorney Client; Work Product |
| 122 | | | | 10/2/2018 22:17 | Richard Kennedy | Michael Fettig, Esq. | Keith Matulich, Esq. | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client; Work Product |
| 123 | | | | 10/2/2018 22:18 | Richard Kennedy | Jeff Frey | | E-mail discussing a pending request for legal advice from counsel, Michael Fettig, Esq. and in-house counsel, Keith Matulich, Esq. | Attorney Client; Work Product |
| 124 | | | | 10/2/2018 22:18 | Richard Kennedy | Jeff Frey | | E-mail discussing a pending request for legal advice from counsel, Michael Fettig, Esq. and in-house counsel, Keith Matulich, Esq. | Attorney Client; Work Product |
| 125 | | | | 10/3/2018 10:47 | Michael Fettig, Esq. | Richard Kennedy | Keith Matulich, Esq. | E-mail requesting documents/or information for legal analysis regarding WCA and GTA. | Attorney Client; Work Product |
| 126 | | | | 10/3/2018 12:44 | Richard Kennedy | Michael Fettig, Esq. | Keith Matulich, Esq. | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client; Work Product |
| 127 | | | | 10/19/2018 3:00 | Marshal Perlman | Michael Fettig, Esq. | Keith Matulich, Esq.; Richard Kennedy; Al Francesco | E-mail providing documents and/or information at counsels' request. | Attorney Client; Work Product |
| 128 | | | | 10/19/2018 3:06 | Marshal Perlman | Michael Fettig, Esq. | Richard Kennedy; Keith Matulich, Esq.; Al Francesco | E-mail providing documents and/or information at counsels' request. | Attorney Client; Work Product |
| 129 | | | | 11/18/2019 15:12 | Marshal Perlman | Michael Fettig, Esq. | | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client; Work Product |
| 130 | | | | 11/18/2019 15:12 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client; Work Product |
| 131 | | | | 11/18/2019 15:12 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client; Work Product |
| 135 | | | | 11/18/2019 15:12 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client; Work Product |
| 136 | | | | 11/18/2019 15:12 | | | | Attachment to privileged email communication for legal analysis. | Attorney Client; Work Product |
| 139 | | | | 9/17/2018 17:06 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 140 | | | | 9/17/2018 18:29 | Christopher Gallegos | Rob Senk | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 141 | | | | 9/17/2018 18:31 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 142 | | | | 9/18/2018 14:22 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 143 | | | | 9/18/2018 16:26 | Christopher Gallegos | Rob Senk | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |

Case 1:20-cv-07472-GHW   Document 181-16   Filed 11/12/24   Page 6 of 9

WCA Holdings III, LLC  v. Panasonic Avionics Corp.
20-CV-7472 (GHW)
Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 144 | | | | 9/18/2018 17:21 | Rob Senk | Warren Gair | Christopher Gallegos; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 145 | | | | 9/26/2018 16:53 | Warren Gair | Marshal Perlman | Jeff Frey; DL-CPC Fleet Operations; John Moore; Lynn Greene; Richard Kennedy; Rob Senk; Michael Fettig, Esq.; Keith Matulich, Esq.; Dominic Green | E-mail providing documents and/or information to counsel for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 146 | | | | 9/19/2018 12:40 | Christopher Gallegos | Rob Senk; Warren Gair | Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 147 | | | | 9/19/2018 11:09 | Warren Gair | Rob Senk | Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq.; Christopher Gallegos | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 148 | | | | 9/19/2018 11:09 | Warren Gair | Rob Senk | Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq.; Christopher Gallegos | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 149 | | | | 9/19/2018 12:37 | Rob Senk | Warren Gair | Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq.; Christopher Gallegos | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 150 | | | | 9/18/2018 16:53 | Warren Gair | Christopher Gallegos; Rob Senk | Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq.; Razmik Haftvani; Sam Chang | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 151 | | | | 9/18/2018 17:02 | Christopher Gallegos | Warren Gair; Rob Senk | Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq.; Razmik Haftvani; Sam Chang | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 152 | | | | 5/1/2018 13:47 | Rob Senk | Matthew Thullen, Esq. | Marshal Perlman; John Moore; Warren Gair; Jeff Frey; Todd Hill | E-mail requesting or rendering legal advice or analysis regarding GTA. | Attorney Client |
| 153 | | | | 5/1/2018 14:05 | Matthew Thullen, Esq. | Rob Senk | Marshal Perlman; John Moore; Warren Gair; Jeff Frey; Todd Hill | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 154 | | | | 9/17/2018 17:06 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 155 | | | | 9/17/2018 18:29 | Christopher Gallegos | Rob Senk | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 156 | | | | 9/17/2018 18:31 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 157 | | | | 9/18/2018 14:22 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 158 | | | | 9/18/2018 16:26 | Christopher Gallegos | Rob Senk | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |

WCA Holdings III, LLC  v. Panasonic Avionics Corp.
20-CV-7472 (GHW)
**Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)**

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 159 | | | | 9/18/2018 16:59 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 160 | | | | 9/18/2018 17:10 | Christopher Gallegos | Rob Senk | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 161 | | | | 9/18/2018 16:59 | Rob Senk | Christopher Gallegos | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 162 | | | | 9/18/2018 17:10 | Christopher Gallegos | Rob Senk | Marshal Perlman; Warren Gair; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 163 | | | | 9/26/2018 15:56 | Rob Senk | Marshal Perlman | Richard Kennedy; Jeff Frey; Warren Gair; DL-CPC Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq.; Keith Matulich, Esq.; Dominic Green | E-mail providing documents and/or information to counsel for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 164 | | | | 9/18/2018 19:32 | Rob Senk | Christopher Gallegos | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 165 | | | | 9/18/2018 19:36 | Christopher Gallegos | Rob Senk | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 166 | | | | 9/19/2018 0:37 | Christopher Gallegos | Rob Senk | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 167 | | | | 9/18/2018 19:32 | Rob Senk | Christopher Gallegos | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 168 | | | | 9/18/2018 19:36 | Christopher Gallegos | Rob Senk | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 169 | | | | 9/19/2018 12:45 | Rob Senk | Christopher Gallegos | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 170 | | | | 9/19/2018 12:46 | Matthew Lowe | Rob Senk; Christopher Gallegos | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 171 | | | | 9/19/2018 13:00 | Rob Senk | Christopher Gallegos | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |
| 172 | | | | 9/19/2018 13:05 | Christopher Gallegos | Rob Senk | Warren Gair; Marshal Perlman; DL-CPC Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |

WCA Holdings III, LLC  v. Panasonic Avionics Corp.
20-CV-7472 (GHW)
**Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)**

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 173 | | | | 9/18/2018 16:53 | Warren Gair | Rob Senk | Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; John Moore; Lynn Greene ; Michael Fettig, Esq.; Razmik Haftvani; Sam Chang | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client |
| 174 | | | | 9/26/2018 14:19 | Marshal Perlman | Mark Jennings; Kevin Cooper | | E-mail discussing a pending request for legal advice from in-house counsel. | Attorney Client;Work Product |
| 176 | | | | 10/24/2018 16:53 | Marshal Perlman | Mark Jennings; Kevin Cooper | Susan Venditto | E-mail discussing, reflecting, and requesting legal advice or analysis regarding potential resolution under GTA. | Attorney Client;Work Product |
| 177 | | | | 3/15/2019 18:25 | Marshal Perlman | Mark Jouret; Christopher Summers; Michael Fettig, Esq. | John Moore | E-mail requesting or rendering legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 178 | | | | 3/15/2019 18:40 | Michael Fettig, Esq. | Marshal Perlman | | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client;Work Product |
| 179 | | | | 3/15/2019 18:49 | Marshal Perlman | Michael Fettig, Esq. | | E-mail discussing or reflecting legal advice or analysis regarding GTA. | Attorney Client |
| 180 | | | | 2/18/2020 15:34 | Marshal Perlman | Michael Fettig, Esq. | Keith Matiluch, Esq. | E-mail requesting or rendering legal advice or analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 181 | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 182 | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 183 | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 184 | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 185 | DUPE OF 180 | | | 2/18/2020 15:34 | Marshal Perlman | Michael Fettig, Esq. | Keith Matiluch, Esq. | Duplicate of Log Nos.180-184: E-mail requesting or rendering legal advice or analysis regarding anticipated litigation. | Attorney Client;Work Product |
| 185-A | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 185-B | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 185-C | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 186-D | | | | 2/18/2020 15:34 | | | | Document providing confidential information to obtain legal advice or analysis from in-house counsel. | Attorney Client;Work Product |
| 186 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0035561 | PAC0035630 | 9/19/2018 12:37 | Rob Senk | Warren Gair | Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq.; Christopher Gallegos | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 187 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0035633 | PAC0035717 | 9/19/2018 12:48 | Rob Senk | Christopher Gallegos | Warren Gair; Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 188 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0035718 | PAC0035810 | 9/19/2018 13:00 | Rob Senk | Christopher Gallegos | Warren Gair; Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; John Moore;Lynn Greene ; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 189 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0035811 | PAC0035903 | 9/19/2018 13:05 | Christopher Gallegos | Rob Senk | Warren Gair; Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; John Moore;Lynn Greene ; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 190 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0035904 | PAC0036019 | 9/19/2018 13:08 | Christopher Gallegos | Rob Senk | Warren Gair; Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; John Moore; Lynn Greene ; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 191 | VOL005;VOL005_REPROD_I-I_2024-09-16 | PAC0023086 | PAC0023095 | 9/19/2018 11:33 | Cyrus Ujiiye | Christopher Gallegos; Tony Lai | Warren Gair; Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; Rob Senk; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |

*WCA Holdings III, LLC v. Panasonic Avionics Corp.*
20-CV-7472 (GHW)
**Panansonic Avionics Corp.'s Third Supplemental Revised Privilege Log (10/4/2024)**

| Log Number | Production::ProductionSet | Prod Beg Num | Prod End Num | Sort Date Time | Email - From | Email - To | cc | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 192 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036372 | PAC0036381 | 9/19/2018 12:29 | Cyrus Ujiiye | Christopher Gallegos; Tony Lai | Warren Gair; Marshal Perlman; DL-CPC-Fleet Operations; Jeff Frey; Rob Senk; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 193 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036427 | PAC0036430 | 9/17/2018 17:34 | Richard Kennedy | Jeff Frey | | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 194 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036431 | PAC0036435 | 9/19/2018 12:50 | Richard Kennedy | Marshal Perlman; Jeff Frey | Warren Gair; Rob Senk; DL-CPC-Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 195 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036436 | PAC0036441 | 9/19/2018 13:05 | Marshal Perlman | Richard Kennedy | | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 196 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036442 | PAC0036446 | 9/19/2018 13:09 | Marshal Perlman | Richard Kennedy | Jeff Frey; Warren Gair; Rob Senk; DL-CPC-Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 197 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036447 | PAC0036452 | 9/19/2018 13:12 | Richard Kennedy | Marshal Perlman | Jeff Frey; Warren Gair; Rob Senk; DL-CPC-Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 198 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036453 | PAC0036458 | 9/19/2018 13:40 | Rob Senk | Richard Kennedy | Marshal Perlman; Jeff Frey; Warren Gair; DL-CPC-Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 199 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036459 | PAC0036465 | 9/19/2018 13:47 | Richard Kennedy | Rob Senk | Marshal Perlman; Jeff Frey; Warren Gair; DL-CPC-Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq. | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 200 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036466 | PAC0036472 | 9/19/2018 13:50 | Warren Gair | Richard Kennedy | Marshal Perlman; Jeff Frey; DL-CPC-Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq.; Rob Senk | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 201 | VOL006;VOL006_REPROD_I-I_2024-09-16 | PAC0036473 | PAC0036479 | 9/19/2018 13:51 | Richard Kennedy | Warren Gair | Marshal Perlman; Jeff Frey; DL-CPC-Fleet Operations; John Moore; Lynn Greene; Michael Fettig, Esq.; Rob Senk | E-mail requesting and discussing an intent to seek legal advice or analysis regarding GTA. | Attorney Client |
| 202 | VOL007; VOL007_REPROD_I-I_2024-10-04 | PAC0036675 | PAC0036677 | 8/25/2016 14:33 | Jeff Frey | Tom Eskola; Andre Li-Green; Dan Murphy; David Bruner; David Kozlowski; Ramazan Ceker; Ann-Marie Alvarex; Craig Depner; Richard Kennedy; Debra Rizzo; Roger Erickson; | DL-GCS Fleeet Operations | E-mail discussing pending request for legal advice or analysis regarding WCA and GTA. | Attorney Client |