UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
WCA HOLDINGS III, LLC,                                             :
                                                                   :
                                    Plaintiff,                     :          1:20-cv-7472-GHW
                                                                   :
                    -v-                                            :          ORDER
                                                                   :
PANASONIC AVIONICS CORPORATION,                                    :
                                                                   :
                                    Defendant.                     :
                                                                   :
------------------------------------------------------------------ X

```
┌──────────────────────────────────────┐
│ USDC SDNY                              │
│ DOCUMENT                               │
│ ELECTRONICALLY FILED                   │
│ DOC #: _____        │
│ DATE FILED:  7/25/2025                 │
└──────────────────────────────────────┘
```

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on July 24, 2025, Defendant's motion for the imposition of sanctions in the form of precluding the supplemental expert reports of Plaintiff's experts Thomas B. Chatfield and Drew E. Voth, Dkt. No. 234, is granted in part and denied in part. The deadline for the completion of all expert discovery is extended to August 30, 2025 for the sole purpose of permitting the deposition of Plaintiff's experts, Mr. Chatfield and Mr. Voth, regarding their supplemental reports. The reasonable fees of two counsel for Defendant to conduct those depositions will be paid by Plaintiff, as will the direct costs of the depositions. Any rebuttal supplemental expert reports by Defendant are due no later than September 21, 2025. Any deposition with respect to those rebuttal supplemental expert reports will be at Plaintiff's expense: Plaintiff will be required to pay the reasonable attorney's fees and costs of Defendant in connection with those depositions, including any hourly or other payment due to the experts to prepare for and participate in those depositions.

Additionally, as stated on the record during the conference held on July 24, 2025, Defendant's request for leave to file a motion for summary judgment, Dkt. No. 249, is granted. The deadline for Defendant to file its motion for summary judgment is September 30, 2025. Plaintiff's opposition is due no later than thirty days following the date of service of Defendant's motion. Any

reply is due no later than fourteen days following the date of service of Plaintiff's opposition.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 234.

SO ORDERED.

Dated: July 25, 2025
      New York, New York

                                          GREGORY H. WOODS
                                     United States District Judge

2