UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                          :
WCA HOLDINGS III, LLC,                                    :
                                                          :
                                      Plaintiff,          :            1:20-cv-7472-GHW
                                                          :
                    -v-                                   :            ORDER
                                                          :
PANASONIC AVIONICS CORPORATION,                           :
                                                          :
                                      Defendant.          :
                                                          :
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2026

GREGORY H. WOODS, United States District Judge:

On June 4, 2026, the Court issued an order awarding Defendant attorney's fees. Dkt. No. 304 (the "Fees Order"). The Court concluded that Defendant was entitled to the payment of attorneys' fees for the work of one of its lawyers, Mary Jean Kim. However, the Court identified a discrepancy in Defendant's submissions, and as a result was unable to determine the number of hours billed by Ms. Kim. Fees Order at 15 n.2. As a result, the Court directed Defendant to file a supplemental submission addressing the issue by June 12, 2026. *Id.* at 16.

Defendant filed that supplemental submission on June 10, 2026. Dkt. No. 305. The submission included an affidavit, billing records, and invoices supporting Defendants' request for $15,454.80 for Ms. Kim's compensable work. By default, under Local Rule 6.1(b), any opposition to that supplemental submission was due no later than 14 days after service. Plaintiff has not filed a response to the supplemental submissions.

The Court has reviewed Defendant's supplemental submissions. The Court concludes that for the reasons described in the Fees Order, Defendant is entitled to payment in the amount of $15,454.80 for Ms. Kim's compensable work.

Plaintiff is ordered to pay Defendant $15,454.80 no later than July 10, 2026.  This amount is in addition to the amount that the Court ordered Plaintiff to pay in the Fees Order.

SO ORDERED.

Dated:  June 25, 2026
        New York, New York

GREGORY H. WOODS
United States District Judge

2