UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2026

WCA HOLDINGS III, LLC,  :
  :
  :
                    Plaintiff,  :     1:20-cv-7472-GHW
  :
  :
            -v-  :     ORDER
  :
  :
PANASONIC AVIONICS CORPORATION,  :
  :
  :
                    Defendant.  :
  :
  :

---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on June 25, 2026, Defendant's motion for summary judgment, Dkt. No. 265, is denied in full, and Defendant's motion to seal Exhibits R, S, and S-1, Dkt. No. 269, is granted in part and denied in part. Defendant is directed to file new versions of these exhibits consistent with the Court's ruling by no later than July 2, 2026.

The parties are directed to submit a joint letter with a proposed trial schedule by no later than July 2, 2026. The letter must include potential trial dates and an estimate from each party regarding the expected duration of the trial.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 265, 269, 273, and 283.

SO ORDERED.

Dated: June 25, 2026
         New York, New York

_____
GREGORY H. WOODS
United States District Judge