USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WCA HOLDINGS III, LLC,

Plaintiff and Counter Defendant,

-against-

PANASONIC AVIONICS CORPORATION,

Defendant and Counter Claimant.

20-CV-7472 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In December 2023, The above-captioned matter was referred to me for settlement purposes. (*See* Dkt. 73.) In January 2024, the parties reported to United States District Judge Gregory H. Woods that they did not believe settlement would be productive at that time and requested an adjournment of the settlement conference, which Judge Woods so ordered. (*See* Dkts. 74, 75.) After extensive discovery and motion practice, including the denial of summary judgment (Dkt. 308), on July 7, 2026, Judge Woods set trial in this matter for February 2027. (Dkt. 311.)

As trial is now set, I am renewing the opportunity for the parties to schedule a settlement conference before me. Counsel for the parties should therefore confer and, no later than Tuesday, **September 1, 2026**, file a letter informing the Court whether they believe such a conference would be productive.

If the parties wish to schedule a settlement conference, the letter should also **provide three dates** that both counsel and the parties are available to appear at an afternoon settlement conference, **in person**. This Court schedules settlement conferences Mondays, Tuesdays, Wednesdays, and Thursdays starting at 2:15 p.m.

If the parties are uninterested in a settlement conference, the letter should inform the Court why they do not believe a settlement conference would be productive.

Dated: New York, New York
August 17, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**