USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 11/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WCA HOLDINGS III, LLC,

Plaintiff and Counter Defendant,

-against-

PANASONIC AVIONICS CORPORATION,

Defendant and Counter Claimant.

20-CV-7472 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

An in-person settlement conference was held before Judge Moses on October 27, 2026. While no settlement was reached, the parties have jointly requested a remote, continued settlement conference.

A continued settlement conference is scheduled for **November 30, 2026** at **2:15 p.m.** No later than **November 23, 2026**, each party must submit an updated confidential settlement letter to chambers, by email, that details the current status of the parties' negotiations, including the date and time of the parties' last good-faith settlement discussion and the terms of each party's most recent demand or offer. Remote attendance instructions will be sent via email.

Dated: New York, New York
November 13, 2026

**SO ORDERED**.



**BARBARA MOSES**
**United States Magistrate Judge**